AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the District of Delaware____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22-1101-JLH | DATE FILED<br>8/22/2022 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>ZS PHARMA, INC. and<br>ASTRAZENECA PHARMACEUTICALS LP | | DEFENDANT<br>SANDOZ INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,802,152 | 8/12/2014 | ZS PHARMA, INC. |
| 2 | 8,808,750 | 8/19/2014 | ZS PHARMA, INC. |
| 3 | 8,877,255 | 11/4/2014 | ZS PHARMA, INC. |
| 4 | 9,592,253 | 3/14/2017 | ZS PHARMA, INC. |
| 5 | 9,844,567 | 12/19/2017 | ZS PHARMA, INC. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

See Attached - Consent Judgment in Lead Case No. 22-1055-JLH

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>C. Garfinkel | DATE<br>9/18/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Case 1:22-cv-01101-JLH   Document 85   Filed 09/18/24   Page 2 of 3 PageID #: 3214

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the District of Delaware____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22-1101-JLH | DATE FILED<br>8/22/2022 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>ZS PHARMA, INC. and<br>ASTRAZENECA PHARMACEUTICALS LP | | DEFENDANT<br>SANDOZ INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,861,658 | 1/9/2018 | ZS PHARMA, INC. |
| 2 | 9,913,860 | 3/13/2018 | ZS PHARMA, INC. |
| 3 | 10,300,087 | 5/28/2019 | ZS PHARMA, INC. |
| 4 | 10,335,432 | 7/2/2019 | ZS PHARMA, INC. |
| 5 | 10,398,730 | 9/3/2019 | ZS PHARMA, INC. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached - Consent Judgment in Lead Case No. 22-1055-JLH |

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>C. Garfinkel | DATE<br>9/18/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22-1101-JLH | DATE FILED<br>8/22/2022 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>ZS PHARMA, INC. and<br>ASTRAZENECA PHARMACEUTICALS LP | | DEFENDANT<br>SANDOZ INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,413,569 | 9/17/2019 | ZS PHARMA, INC. |
| 2 | 10,695,365 | 6/30/2020 | ZS PHARMA, INC. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>10/5/2022 | INCLUDED BY<br>☑ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  11,406,662 | 8/9/2022 | ZS PHARMA, INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

See Attached - Consent Judgment in Lead Case No. 22-1055-JLH

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>C. Garfinkel | DATE<br>9/18/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

[ Print ]   [ Save As... ]   [ Reset ]